SAMUEL B. HUBBARD, JOHN T. WALKER AND THE PETERS CALHOUN COMPANY, PLAINTIFFS IN ERROR, VS, URIAH BOWDEN, DEFENDANT IN ERROR.

Writ of Error to Circuit Court Duval county.

*John E. Hartridge and Walker & L'Engle*, for Plaintiffs in Error.

*Cooper & Cooper*, for Defendant in Error.

This action was brought by the plaintiffs in error against the defendant in error. There was judgment for the defendant, and the plaintiffs take writ of error. The writ of error is dismissed because no properly certified transcript of the record has been filed.

Decision Per Curiam.